IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18- 62135-CIV-DIMITROULEAS

IN THE MATTER OF THE TAX
LIABILITIES OF:

JOHN DOES, United States taxpayers who,
at any time during the years ended
December 31, 2012, through December 31,
2017, used the services of the Wessell
Group or its predecessors, subsidiaries,
divisions, affiliates, or website domains
(collectively, the "Wessell Group") to establish,
maintain, operate, or control: any foreign
financial account or other asset; any
foreign corporation, company, trust,
foundation, or other legal entity; or any
foreign or domestic financial account or
other asset in the name of a foreign entity.
_____/

## SEALED ORDER GRANTING *EX PARTE* PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONSES

THIS MATTER is before the Court upon the United States of America's *Ex Parte* Petition for Leave to Serve "John Doe" Summonses (the "Petition"). Based upon a review of the Petition and supporting documents, the Court has determined that the "John Doe" summonses to Kevin W. Wessell; Lesli A. Wessell (aka Leslie A. Wessell); Sophia R. Wessell; Bank of America, NA; and Wells Fargo, NA relate to the investigation of an ascertainable group or class of persons, that there is a reasonable basis for believing that such group or class of persons may fail or may have failed to comply with the internal revenue laws, and that the information sought to be obtained from the summonses is not readily available from other sources. It is therefore:

**ORDERED AND ADJUDGED** that the Internal Revenue Service, through Senior Revenue Agent Karen Cincotta or any other authorized officer or agent, may serve Internal

Revenue Service "John Doe" summonses upon Kevin W. Wessell; Lesli A. Wessell (aka Leslie A. Wessell); Sophia R. Wessell; Bank of America, NA; and Wells Fargo, NA in substantially the form as attached as Exhibits A–E to the Declaration of Karen Cincotta. A copy of this Order shall be served together with the summonses.

The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of September, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record