IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF: <br><br> JOHN DOES, United States taxpayers who, at any time during the years ended December 31, 2012, through December 31, 2017, used the services of the Wessell Group or its predecessors, subsidiaries, divisions, affiliates, or website domains (collectively, the "Wessell Group") to establish, maintain, operate, or control: any foreign financial account or other asset; any foreign corporation, company, trust, foundation, or other legal entity; or any foreign or domestic financial account or other asset in the name of a foreign entity. | Case No. 18-62135CV |

## [~~PROPOSED~~] ORDER GRANTING MOTION TO UNSEAL

THIS MATTER is before the Court upon the United States of America's motion to unseal the docket. Based on the United States' motion, the Court finds that the docket in this should be unsealed. It is therefore ORDERED AND ADJUDGED that the United States' motion is GRANTED and the Clerk is directed to unseal the docket.

IT IS SO ORDERED this 27 day of Sept, 2018.

*[signature]*
United States District Judge

1